Joseph H. Gay, Jr, Assistant US Attorney, US Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before JOLLY, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Oscar Baeza Carrasco raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Sabas PEREZ–BUSTOS, also known
as Sabas Bustos, Defendant–
Appellant.**

No. 06–41682
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

July 11, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern Dis-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

trict of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JOLLY, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Sabas Perez–Bustos (Perez) preserves for further review his contention that his sentence is unreasonable because this court's post-*Booker*** rulings have effectively reinstated the mandatory Sentencing Guideline regime condemned in *Booker*. Perez concedes that his argument is foreclosed by *United States v. Mares*, 402 F.3d 511 (5th Cir.2005), and its progeny, which have outlined this court's methodology for reviewing sentences for reasonableness. In light of *Rita v. United States*, —— U.S. ——, ——, 127 S.Ct. 2456, 2462–68, 168 L.Ed.2d 203 (2007), the issue remains foreclosed. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

** *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).